UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSIE M. GRAY,

        Plaintiff,        Case no. 11-12075
                                  Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

      Before the court is Magistrate Judge R. Steven Whalen's Report and Recommendation, filed May 21, 2012.  No objections have been filed by the parties.  The court having conducted a thorough review of the entire file;

      IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                              s/John Corbett O'Meara
                                              United States District Judge

Date:  June 22, 2012

      I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, June 22, 2012, using the ECF system and/or ordinary mail.

                                              s/William Barkholz
                                              Case Manager